# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
TEL 215.665.8500
FAX 215.864.8999
www.ballardspahr.com

Douglas Y. Christian
Tel: 215.864.8404
Fax: 215.864.9206
christiand@ballardspahr.com

January 4, 2022

*By Electronic Filing*

Honorable Alvin K. Hellerstein
United States Courthouse
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

    Re:    *VNS CHOICE v. Mobile Medical Examination Services, LLC*, Case No. 21-CV-6338-AKH

Dear Judge Hellerstein:

Ballard Spahr LLP represents Plaintiff VNS CHOICE in the above referenced lawsuit. Pursuant to Rule 1.D. of Your Honor's Individual Practices, we write on behalf of both parties to request an adjournment of the status conference for January 7, 2022 at 10:00 a.m. (Dkt. No. 19.)

The parties request an adjournment of three weeks. The additional time will allow the parties to continue to engage in settlement discussions that may obviate the need for continued litigation.

This is the parties' first adjournment request, and it is made in good faith and not for the purpose of delay. The parties respectfully request that the status conference be adjourned for at least three weeks. The parties have a conflict the morning of January 28, 2022 and request that any status conference be adjourned for a hearing date after January 28, 2022.

Respectfully submitted,

*Douglas Y Christian*

Douglas Y. Christian

DYC/lac

cc:    Marc E. Masters, Esq.
        Paul S. Chan, Esq.

Honorable Alvin K. Hellerstein
January 4, 2022
Page 2

   Marjorie J. Peerce, Esq.

The request is granted.
The status conference is adjourned from January 7, 2022 to February 4, 2022, at 10 a.m.  The conference will be held telephonically via the following call-in number:
    **Call-in number: 888-363-4749**
    **Access code: 7518680**
To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones.  Additionally, all participants are directed to call in 5 minutes prior to the start of the conference.  Finally, no later than January 25, 2022, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

SO ORDERED.

/s/ Alvin K. Hellerstein
January 5, 2022