UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                                                            :

VNS CHOICE,

                                     Plaintiff,

          v.

MOBILE MEDICAL EXAMINATION
SERVICES, LLC,

                                    Defendant.
-------------------------------------------------------------- X

**ORDER**

21 Civ. 6338 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      A suggestion of settlement having been made, this case is dismissed.  If the settlement is not consummated within 30 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period.  All pending court dates are cancelled.  The Clerk is directed to close the case.

      SO ORDERED.

Dated:     January 25, 2022                             /s/ Alvin K. Hellerstein
            New York, New York                       ALVIN K. HELLERSTEIN
                                                                      United States District Judge